**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**Jason Jones**

Plaintiff(s),

v.

**Kathaleen T Groth, et al.**

Defendant(s).

Case No.  21-cv-5306
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $              ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

**X**       other: Dismissed for failure to effectuate service within the time period provided under Federal Rule of Civil Procedure 4(m) and the extension of time implicitly granted by the issuance of this Court's March 24, 2022 show cause order [5] directing Plaintiff to file a response by May 2, 2022.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
**X** decided by Judge Robert M. Dow.

Date:   6/6/2022                    Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk